IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTEGRIS WEALTH MANAGEMENT, LLC | ) | NO.  15-cv-03142-JSW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER RE |
| | ) | CONTINUANCE |
| vs. | ) | OF CASE MANAGEMENT |
| | ) | CONFERENCE |
| | ) | AS MODIFIED HEREIN |
| INTEGRIS ASSET MANAGEMENT, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Upon consideration of the Plaintiffs' Administrative Motion Requesting Continuance of

Case Management Conference, and good cause appearing, **IT IS HEREBY ORDERED** that:

Plaintiffs' motion is **GRANTED**.  The Case Management Conference current scheduled

for October 9, 2015, is taken off calendar.  [The Case Management Conference is rescheduled to

_____ at ____ before this Court.]  CONTINUED to November 13, 2015 at 11:00 a.m.

A joint case management statement shall be due on November 6, 2015.

Dated: _September 24, 2015_____                    _____

                                                                  UNITED STATES DISTRICT JUDGE

The Court notes that, under Federal Rule of Civil Procedure 4(m), the last day to effect service would be

November 4, 2015.  If Plaintiff believes it will require additional time to effect service, Plaintiff shall file a

motion to that effect by no later than October 9, 2015.

Case No. 15-cv-03142-JSW

ORDER RE CONTINUANCE

1