UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRIS WEALTH MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRIS ASSET MANAGEMENT, LLC,<br><br>Defendant. | Case No. 15-cv-03142-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE, EXTENDNG TIME TO SERVE AND ORDER TO SHOW CAUSE TO PLAINTIFF** |

On September 24, 2015, the Court granted Plaintiff's request to continue the initial case management conference, on the basis that the defendant had not yet been served. In that Order, the Court noted that the deadline for service, pursuant to Federal Rule of Civil Procedure Rule 4(m), was November 4, 2015. The Court also stated that if Plaintiff believed additional time would be required to effect service, it would be required to file a motion for extension of time to serve by October 9, 2015. Plaintiff did not file a motion on that date.

Plaintiff did not comply with the deadline set forth by the Court in its previous Order. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $250.00 for failure to comply with that deadline. Plaintiff's response to this Order to Show Cause shall be due by December 4, 2015. If Plaintiff fails to file a timely response, the Court shall impose the monetary sanctions without further notice to Plaintiff.

On November 4, 2015, the last day to effect service, Plaintiff filed a second administrative motion to continue the case management conference. Plaintiff asks for a continuance on the basis it still has not served the defendant. Although Plaintiff did not file a motion to extend time for service, it has set forth facts in the case management statement that show it has been diligent in its

1  efforts to serve defendant and that show good cause to extend the time to serve defendant.
2  Accordingly, the Court GRANTS Plaintiff a further 120 days, from the date of this Order, to serve
3  defendant.  If Plaintiff has not served defendant by **February 5, 2016**, and requires additional time
4  to serve, Plaintiff shall file a motion to extend time to serve by **February 12, 2016.**  If Plaintiff
5  fails to comply with this deadline, the Court shall issue a further order to show cause as to why
6  sanctions should not be imposed, which may include monetary sanctions or an order to show
7  cause why the case should not be dismissed for failure to serve.
8  　　　　Finally, the Court GRANTS the request to continue the case management conference.  The
9  case management conference scheduled for November 13, 2015, is CONTINUED to March 18,
10 2016 at 11:00 a.m.  The parties' joint case management statement shall be due on March 11, 2016.
11 **IT IS SO ORDERED.**
12 Dated: November 9, 2015

_____
JEFFREY S. WHITE
United States District Judge