1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   INTEGRIS WEALTH MANAGEMENT,          Case No.  15-cv-03142-JSW
    LLC,

8              Plaintiff,
                                          **ORDER DISCHARGING ORDER TO
9        v.                               SHOW CAUSE**

10  INTEGRIS ASSET MANAGEMENT, LLC,

11             Defendant.

12

13

14        The Court has received and considered Plaintiff's response to the Order to Show Cause

15  issued on November 9, 2015.  The Court DISCHARGES the Order to Show Cause without

16  imposing sanctions.  However, it admonishes Plaintiff's counsel that he should review any

17  documents attached to a docket entry, especially when the docket entry indicates the docket has

18  been "modified" by the Court.

19        **IT IS SO ORDERED.**

20  Dated: November 30, 2015

21

22

23                                          JEFFREY S. WHITE
                                            United States District Judge
24

25

26

27

28